# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KENIA MERCEDES DIAZ-RODRIGUEZ,** | : | |
| | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:18-0603 |
| | : | |
| v. | : | (JUDGE MANNION) |
| | : | |
| **ANDREW M. SAUL**[1], | : | |
| | : | |
| Defendant | : | |

# O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** the report of Judge Mehalchick, **(Doc. 15)**, is **ADOPTED IN ITS ENTIRETY**;

**(2)** the plaintiff's complaint appealing the final decision of the Commissioner denying her claims for DIB benefits and SSI, **(Doc. 1)**, is **GRANTED**, and the Commissioner's decision is **VACATED**;

**(3)** this case is **REMANDED** to the Commissioner for further proceedings consistent with Judge Mehalchick's report; and

---

[1] Andrew M. Saul was sworn in as Commissioner of Social Security on June 17, 2019, and is automatically substituted as the defendant in this action. See Fed.R.Civ.P. 25(d).

**(4)** the Clerk of Court is directed to **CLOSE THIS CASE**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: August 29, 2019**

18-0603-01-ORDER.wpd